1
2
3
4
5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY GRAYS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, SALVATORE ALATORRE, ALVINO HERRERA, and GEORGE EVANS,<br><br>    Defendants. | Case No. CV 11-07588 GAF (RZx)<br><br>**AMENDED JUDGMENT** |

    This action came on regularly for trial on October 29, 2013 in Courtroom 740 of the United States District Court, Central District of California, Western Division, Honorable Gary A. Fees, presiding.   The Plaintiff in this case Perry Grays, was represented by Dale K. Galipo and Kaveh Navab of the Law Offices of Dale K. Galipo.   Defendants Salvador Alatorre, Alvino Herrera, George Evans, and the City of Long Beach were represented by Howard D. Russell of the Long Beach City Attorney's office.

    On November 3, 2013, the jury returned a verdict in favor of Plaintiff and against defendants Alatorre, Herrera, and Evans for $140,000.   On November 8, 2013, the Court entered a judgment against defendants Alatorre, Herrera, and Evans in the amount of $140,000 plus attorney fees and costs.   Subsequent to the verdict, the parties reached a settlement.   As part of the stipulated settlement

1  Plaintiff and Defendants have agreed that the judgment entered on November 8,
2  2013 should be amended and entered as follows:
3      [Page 2, line 9]:   "$10,000" is amended to read "$1,840.13"
4      [Page 2, line 10]:  "$5,000" is amended to read "$300"
5
6      NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that
7  final judgment is entered as follows:
8      1.    Judgment in the sum of $127,140.13, plus costs and statutory
9  attorney's fees in the sum of $252,859.87, for a total amount of $380,000.00 is
10 entered against Defendant City of Long Beach and in favor of Plaintiff Perry
11 Grays.
12     2.    All Defendants, other than the City of Long Beach, are dismissed with
13 prejudice under Federal Rule of Civil of Procedure 41(a).
14     3.    The judgment will be satisfied upon payment of the settlement amount
15 of $380,000.
16     4.    The Court retains jurisdiction to enforce the terms of the settlement.
17
18 DATED: April 1, 2014

                                                  /s/ Gary Feess
                                           _____
                                           Hon. Gary A. Feess
                                           United States District Judge